**No. 51756.**—Protests 127914–K/12667, etc., of William J. Oberle, Inc., et al. (New Orleans, etc.).

Opinion by CLINE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51757.**—Protests 61784–K, etc., of G. A. Celsi, Inc., et al. (Portland, Oreg., etc.).

Opinion by OLIVER, P. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51758.**—Protest 120185–K of B. Altman & Co. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  In accordance therewith the claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was sustained.

**No. 51759.**—Protests 600926–G, etc., of Fownes Bros. & Co., Inc. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  In accordance therewith the claim of the plaintiff was sustained.

**No. 51760.**—Protests 868920-G, etc., of Japan Paper Co. et al.  (New York).

Opinion by KINCHELOE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51761.**—Protest 111000–K of Geo. S. Bush & Co., Inc. (Portland, Oreg.).

CLINE, Judge:  This is a suit against the United States arising at the port of Portland, Oreg., against the collector's assessment of duty on merchandise in-